```
JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard  - #195
Las Vegas, Nevada  89102
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BEATRIZ GARCIA<br><br>　　　　Plaintiff<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC, dba SMITH'S FOOD & DRUG #348; DOE SMITH EMPLOYEE 1; DOES II through X, inclusive; and ROE CORPORATIONS IX through XX, inclusive;<br><br>　　　　Defendants | Case No. 2:22-cv-01616-CDS-NJK<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　　WHEREAS, the parties hereto and their respective counsel participated in a voluntary private mediation before Judge Stewart L. Bell, Retired from JAMS which resulted in a full and final settlement of this case;

　　　　IT IS HEREBY STIPULATED AND AGREED by and between MICHAEL C. KANE, ESQ., of THE702FIRM, Attorneys for Plaintiff BEATRIZ GARCIA and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC. as follows:

　　　　1.　That this case be dismissed, with prejudice, each party to bear their own fees and costs; and

/ / /

/ / /

/ / /

/ / /

/ / /

CLAC 7437767.1

2. That any pending dates on the Court's docket be vacated.

Respectfully submitted this 27th day of September, 2023.

| THE702FIRM | COOPER LEVENSON, P.A |
|---|---|
| /s/ *Michael C. Kane* <br> MICHAEL C. KANE, ESQ. <br> Nevada Bar No. 10096 <br> 8335 W. Flamingo Road <br> Las Vegas, Nevada 89147 <br> (702) 505-9787 <br> Attorneys for Plaintiff <br> BEATRIZ GARCIA | /s/ *Jerry S. Busby* <br> JERRY S. BUSBY, ESQ. <br> Nevada Bar No. 001107 <br> (702) 776-3333 <br> 3016 West Charleston Boulevard - #195 <br> (702) 366-1125 <br> Attorneys for Defendant <br> SMITH'S FOOD & DRUG CENTERS, INC. |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: September 27, 2023

2

CLAC 7437767.1